■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BURTON MASKOW, Appellant. [993 NYS2d 504]—Order, Supreme

Court, New York County (Patricia Nunez, J.), entered February 5, 2013, which adjudicated defendant a level two sexually violent offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Regardless of whether defendant's correct point score is 105 points or, as he claims, 95 points, the court properly exercised its discretion in declining to grant a downward departure (*see People v Gillotti*, 23 NY3d 841, 856-857 [2014]; *People v Cintron*, 12 NY3d 60, 70 [2009], *cert denied* 558 US 1011 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). Given the seriousness of the underlying crime, defendant's flight from the United States for four years, his disciplinary history while incarcerated and his failure to take responsibility, his advanced age did not warrant a downward departure. Concur—Friedman, J.P., Moskowitz, Feinman, Gische and Kapnick, JJ.